**In the United States District Court
for the Southern District of Texas
Houston Division**

| | |
|---|---|
| **United States of America** § § | |
| *versus* § | Criminal No. 4:25-CR-337 |
| § § | |
| **Chad Harper** § | |

**Order on Defendant's Opposed Motion to
Modify Conditions of Release**

On this day came to be heard **Defendant's Opposed Motion to Modify Conditions of Release**, and the Court, after reviewing the motion, and evidence and argument of counsel, is of the opinion that this motion should be, in all things,

**GRANTED / DENIED**

The conditions of release – specifically #8(w) – is modified as follows:

_____

_____

_____

_____

**SIGNED** on this the _____ day of _____, 2025.

_____
**JUDGE PRESIDING**