United States District Court
Southern District of Texas
**ENTERED**
September 12, 2025
Nathan Ochsner, Clerk

| | |
|---|---|
| United States of America § | |
| § | |
| *versus* § | Criminal No. 4:25-CR-337 |
| § | |
| Chad Harper § | |

### Order on Defendant's Unopposed Motion to Modify Conditions of Release

On this day came to be heard **Defendant's Unopposed Motion to Modify Conditions of Release**, and the Court after hearing same, is of the opinion that this motion should be, in all things, **GRANTED.**

The conditions of release – specifically #8(j) – is modified as follows:

"Avoid all contact, indirectly or directly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to co-defendants, unless criminal defense counsel is present."

**SIGNED** on this the _10th_ day of _September_, 2025.

_____
**JUDGE PRESIDING**
Keith P. Ellison