**In the United States District Court**
**for the Southern District of Texas**
**Houston Division**

| | |
|---|---|
| **United States of America** | § |
| | § |
| | § |
| *versus* | §   Criminal No. 4:25-CR-337 |
| | § |
| | § |
| **Chad Harper** | § |

**Order on Defendant's Unopposed Motion to**
**Modify Conditions of Release**

On this day came on to be heard Defendant's **Unopposed Motion to Modify Conditions of Release** in this cause, and the Court after hearing same is of the opinion that this motion should be, in all things, **GRANTED.**

The conditions of release – specifically #8(i) – is modified as follows:

**The Court will lift the travel restriction from February 18th through February 22nd, 2026, to allow travel as outlined in the Defendant's motion.**

**SIGNED** on this the _____ day of _____, 2026.

_____
**Honorable Keith P. Ellison**
**District Court Judge**
**Southern District of Texas**